UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HSCPay, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-1028 RLY-TAB |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
|     Defendant. | ) | |

**ORDER GRANTING STIPULATION FOR REFERRAL**

This matter is before the court on the parties' stipulation for referral to bankruptcy court. Upon review, the court finds that the referral should be **granted**. This matter is hereby **referred** to Judge Frank J. Otte of the United States Bankruptcy Court, Southern District of Indiana, and it is **closed** in this court.

Dated: July 10, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

John R. Burns III
BAKER & DANIELS
111 E. Wayne St.
Fort Wayne, IN 46802-2387

1

Judy B. Calton
HONIGMAN MILLER SCHWARTZ & COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506

Richard E. Zuckerman
HONIGMAN MILLER SCHWARTZ & COHN LLP
2290 First National Building
Detroit, MI 48226


Electronic copies to:

James E. Carlberg
BOSE MCKINNEY & EVANS, LLP
jcarlberg@boselaw.com

Amy L. Cueller
BOSE MCKINNEY & EVANS, LLP
acueller@boselaw.com

Jeannette Eisan Hinshaw
BOSE MCKINNEY & EVANS, LLP
jhinshaw@boselaw.com

Carina M. de la Torre
BOSE MCKINNEY & EVANS, LLP
cdelatorre@boselaw.com